IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

:

Plaintiff,

:

vs.

Case No. 3:11-cr-152

:

ROBERT REGALADO

JUDGE WALTER HERBERT RICE

:

Defendant.

:

---

**PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET**

---

| | |
|---|---|
| Date of Preliminary Pretrial Conference | November 7, 2011 |
| Jury Trial Date | December 12, 2011 |
| Final Pretrial Conference (by telephone) | Monday, December 5, 2011 at 5:00 pm |
| Motion Filing Deadline | |
| Oral and Evidentiary Motions | November 25, 2011 |
| Other Motions | November 30, 2011 |
| Discovery Cut-off | November 30, 2011 |
| Speedy Trial Deadline | December 20, 2011 |
| Further Status Conference | - - - - - - |

November 8, 2011

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies mailed to:
United States Attorney
Counsel of Record
United States Marshal
United States Pretrial Services
United States Probation Department


WHR:jdf