IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff(s) :

vs.      Case No. 3:11-cr-152

:

ROBERT REGALADO,

:

    Defendant(s)

---

**ORDER TO U.S. MARSHAL TO PROVIDE TRANSPORTATION**

---

The defendant previously having been found indigent by the court. IT IS HEREBY ORDERED that the United States Marshal Service provide air fare transportation for the defendant, from Chowchilla, CA, to the United States District Court, Southern District of Ohio, Western Division, Dayton, Ohio for a court appearance to begin on Tuesday, June 19, 2012 at 11:00 a.m.

May 9, 2012

*(signature)*
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT